IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT JAMES GEORGE

    Plaintiff,

v.

DOUGLAS COUNTY JAIL, et al.,

    Defendants.

Case No. 6:24-cv-01260-AR

**ORDER**

**ARMISTEAD, Magistrate Judge**

The Court GRANTS Plaintiff Robert James George's Motion to Dismiss (ECF No. 8). IT IS ORDERED that this action is DISMISSED, without prejudice. In light of the dismissal, the Court FINDS MOOT all pending motions.

DATED: January 13, 2025

/s/ Jeff Armistead
Jeff Armistead
United States Magistrate Judge

1 - ORDER